STATE OF MISSOURI, Respondent, v. MARIA S.
DONNELLY, Appellant.

St. Louis Court of Appeals, December 7, 1897.

Criminal Law: PETIT LARCENY: VENUE: FAILURE OF PROOF. A judgment of conviction of an offense can not be sustained, in the absence of any proof of the time or place of its commission.

*Appeal from the St. Louis Court of Criminal Correction.*
HON. DAVID MURPHY, Judge.

REVERSED AND REMANDED.

*L. A. McGinnis* for appellant.

No brief filed for respondent.

BIGGS, J.—The defendant was convicted of petit larceny. There was no proof of the time of the commission of the offense, or where it was committed. It is clear that the judgment can not be sustained. Judgment reversed and cause remanded. All concur.